**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MELINDA MARIE SMITH,**

    **Plaintiff,**

**v.**                                                                             **Case No:5:12-CV-517-Oc-10PRL**

**CELLCO PARTNERSHIP and**
**VALENTINE & KEBARTAS, INC.**

    **Defendants.**

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Compel Arbitration and Stay Judicial Proceedings. (Doc. 6). On September 17, 2012, Plaintiff filed this action alleging claims under federal and state law related to Defendants' debt collection practices. (Doc. 4.) On September 24, 2012, Defendant, Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") filed the instant motion requesting that the Court stay the instant action and compel arbitration of this action pursuant to the Customer Agreement between itself and Plaintiff. Neither Plaintiff, nor co-defendant, Valentine & Kebartas, Inc. object to the relief sought in this Motion.

Accordingly, Defendant's Unopposed Motion to Compel Arbitration and Stay Judicial Proceedings is due to be **GRANTED**. Plaintiff is compelled to arbitrate her claims against Verizon Wireless pursuant to the terms of the Customer Agreement. The Clerk is directed to administratively close the file with the right of Plaintiff to reopen the file after arbitration.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on October 3, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties